UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 25-cv-08945-JST

**ORDER OF DISMISSAL**

On October 20, 2025, the Court docketed a pleading received from Mr. Dustin, wherein he alleged false imprisonment. ECF No. 1. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Mr. Dustin deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee, nor filed an application for leave to proceed *in forma pauperis*. ECF Nos. 2, 3. The Court instructed Mr. Dustin that he should cure these deficiencies by November 17, 2025 by filing his habeas petition on the proper form, and either paying the filing fee or filing an application for leave to proceed *in forma pauperis*. *Id*. The Court sent Plaintiff a blank habeas petition form and a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Plaintiff has not filed the required documents. Accordingly, this action is DISMISSED without prejudice for failure to meet these filing requirements. Judgment is entered against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: November 24, 2025

_____
JON S. TIGAR
United States District Judge